3344959

2010 JAN 19  PM 2: 11

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION**

| | |
|---|---|
| BEN BAKER, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|    vs. | )     No. 3:10C   021 |
| | ) |
| GC SERVICES, LP, | ) |
| | ) |
|    Defendant. | ) |

## COMPLAINT

COMES NOW the Plaintiff, BEN BAKER ("Plaintiff"), by and through his attorneys, KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, GC SERVICES, LP alleges and affirmatively states as follows:

## INTRODUCTION

1.    Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

## JURISDICTION AND VENUE

2.    Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3.    Because Defendant conducts business in the state of Indiana, personal jurisdiction is established.

4.    Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

5.    Declaratory relief is available pursuant to 28 U.S.C. 2201 and 2202.

## PARTIES

6.     Plaintiff is a natural person who resides in the City of South Bend, St. Joseph County, State of Indiana and is obligated or allegedly obligated to pay a debt and is a "consumer" as that term is defined by 15 U.S.C. 1692a(3).

7.     Plaintiff is informed and believes, and thereon alleges, that Defendant is a national company with a business office in the City of Houston, State of Texas.

8.     Plaintiff is informed and believes, and thereon alleges, that Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

9.     Defendant places collection calls to Plaintiff seeking and demanding payment for an alleged debt.

10.     Defendant places multiple collection calls to Plaintiff daily.

11.     Defendant places collection calls to Plaintiff from (858) 536-8007 and asks Plaintiff to return a call to (858) 536-8007 or (800) 457-2370.

12.     Defendant places collection calls to Plaintiff on his cellular phone number.

13.     Defendant does not provide meaningful disclosure in all communications with Plaintiff by leaving messages that fail to state the name of Defendant's company.  (See Exhibit A).

14.     Defendant failed to inform Plaintiff in all communications that the Defendant is a debt collector.  (See Exhibit A).

2

<u>COUNT I</u>
## <u>DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT,</u>
<u>(FDCPA), 15 U.S.C. § 1692 et seq.</u>

15.     Plaintiff repeats, re-alleges and incorporates by reference all of the foregoing paragraphs.

16.     Defendant violated the FDCPA. Defendant's violations include, but are not limited to the following:

a)      Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse Plaintiff.

b)      Defendant violated §1692d(6) of the FDCPA by placing telephone calls without meaningful disclosure of the caller's identity by not disclosing its identity when placing calls to Plaintiff.

c)      Defendant violated §1692e(10) of the FDCPA by using the deceptive means of placing calls and leaving messages for Plaintiff which did not inform Plaintiff of the calling party or that the Defendant is a debt collector.

d)      Defendant violated §1692e(11) of the FDCPA and failing to disclose in subsequent communications that the call is from a debt collector.

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

17. Declaratory judgment that the Defendant's conduct violated the Federal Act, FDCPA.

18. Actual damages.

19. Statutory damages of $1,000.00 pursuant to the Federal Act, 15 U.S.C. 1692k.

20. Costs and reasonable attorney's fees pursuant to the Federal Act, 15 U.S.C. 1692k.

21. Any other relief that this court deems to be just and proper.

RESPECTFULLY SUBMITTED,

Harry Bradley
Attorney for Plaintiff
10474 Santa Monica Blvd. Suite 401
Los Angeles, CA 90025

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, BEN BAKER, hereby demands trial by jury in this action.

4

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF INDIANA)

   Plaintiff, BEN BAKER, says as follows:

1.  I am the Plaintiff in this civil proceeding.
2.  I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3.  I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4.  I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5.  I have filed this Complaint in good faith and solely for the purposes set forth in it.
6.  Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7.  Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.


   Pursuant to 28 U.S.C. § 1746(2), I, BEN BAKER, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

12/2/09

Dated:_____

          _____
          BEN BAKER,
          Plaintiff

5

**EXHIBIT A**

This message is for Benjamin Baker.   My name  is  Shawn  Farlow.
Give me a call as soon as possible.   My number is  1-858-577-3608
or you can reach me toll free at 1-800-457-2370, extension 33.