UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| BEN BAKER, | ) |
| Plaintiff, | ) |
| vs. | ) No. 3:10-cv-00021 RLM - CAN |
| GC SERVICES, LP, | ) |
| Defendant. | ) |

**NOTICE OF SETTLEMENT**
**(Unlawful Debt Collection Practices)**

**NOTICE OF SETTLEMENT**

   NOW COMES the Plaintiff, BEN BAKER, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

   Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                              Respectfully Submitted,


DATED:  March 29, 2010            KROHN & MOSS, LTD.

                     By:    /s/ Harry C. Bradley, Esq.           _
                            Harry C. Bradley, Esq.
                            Krohn & Moss, Ltd.
                            10474 San ta Monica Blvd. Suite 401
                            Los Angeles, CA 90025
                            Ph: (323) 988-2400; Fx: (866) 583-3695
                            Attorney for
                            BEN BAKER