# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| BEN BAKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 3:10-cv-00021 RLM - CAN |
| ) | |
| GC SERVICES, LP, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

BEN BAKER (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, GC SERVICES, LP (Defendant), in this case.

DATED: May 4, 2010          KROHN & MOSS, LTD.

By:   /s/ Harry C. Bradley, Esq.          _
      Harry C. Bradley, Esq.
      Krohn & Moss, Ltd.
      10474 San ta Monica Blvd. Suite 401
      Los Angeles, CA 90025
      Ph: (323) 988-2400; Fx: (866) 583-3695
      Attorney for
      BEN BAKER